IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVYN BRIAN MASSIE, SR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-2352 |
| | : | |
| **BRANDYN CALIEB MASSIE, STEVYN BRIAN MASSIE, JR., JANIS BENSTOCK, WORLD WIDE LAND TRANSFER, INC, SHANNA WHEELER** | : : : : | |

# ORDER

**AND NOW**, this 27th day of June 2023, upon consideration of Plaintiff Stevyn Brian Massie Sr.'s motion to proceed *in forma pauperis* (DI 2), *pro se* Complaint (DI 1), motion for appointment of counsel (DI 3), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Mr. Massie's motion for leave to proceed *in forma pauperis* (DI 2) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

4. Mr. Massie's motion for appointment of counsel (DI 3) is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**